**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                       :
UNITED STATES,                         :
                                       :   Crim. Action No. 03-0157 (RMB)
            Plaintiff,                 :
                                       :
      v.                               :
                                       :
MARCOS SANTIAGO,                       :            **ORDER**
                                       :
            Defendant.                 :
_____ :

     For the reasons expressed in the Opinion filed

herewith,

     IT IS on this **9th** day of **June 2014**,

     **ORDERED** that Defendant's application, Docket Entry No.

281, is dismissed for lack of jurisdiction or,

alternatively, is denied as substantively meritless; and it

is further

     **ORDERED** that the Clerk shall serve this Order and the

Opinion filed herewith upon Defendant by regular U.S. mail

and upon Plaintiff by means of electronic delivery.


                                   s/Renée Marie Bumb
                                   **RENÉE MARIE BUMB**
                                   **United States District Judge**